**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| WALTER PARSONS | ) | BANKRUPTCY CASE NUMBER 08-11843 |
| ROSE MARIE PARSONS | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 7 | eCAST Settlement Corporation<br>HSBC Bank NV & Assigns<br>Post Office Box 35480<br>Newark, New Jersey   07193-5480 | $ 4.73 |
| CLAIM # 13 | Allied Hospital<br>c/o Snow & Sauerteig LLP<br>203 East Berry Street, Suite 1310<br>Fort Wayne, Indiana   46802 | $ 1.15 |
| CLAIM # 14 | Allied Hospital<br>c/o Snow & Sauerteig LLP<br>203 East Berry Street, Suite 1310<br>Fort Wayne, Indiana   46802 | $ 0.67 |
| CLAIM # 16 | Fort Wayne Med Lab<br>c/o Snow & Sauerteig LLP<br>203 East Berry Street, Suite 1310<br>Fort Wayne, Indiana   46802 | $ 3.11 |

**TOTAL:   $ 9.66**

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of June, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

    /s/ Yvette Gaff Kleven
Yvette Gaff Kleven